UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

JORGE NARANJO

DOCKET NO.
08 CIV 4277

Plaintiffs,

AFFIDAVIT OF SERVICE

- against -

BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, 25 BROADWAY OFFICE PROPERTIES, LLC, TRIBECA LANDING L.L.C., 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BFP ONE LIBERTY PLAZA CO., LLC, HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC., THAMES REALTY CO., NEW YORK UNIVERSITY, 63 WALL, INC., 63 WALL STREET INC., VERIZON NEW YORK, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, BROOKFIELD FINANCIAL PROPERTIES, LP, AND WFP TOWER A CO. L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT,

Defendants.

I, Soo Jeong, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

On July 31, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, 25 Broadway Office Properties, LLC, by its designated agent, CT Corporation System, more specifically, Aixa Flores, Process Specialist, at:

CT Corporation
111 8th Avenue, 13th Floor
New York, New York

Soo Jeong

Sworn to before me on this
31 day of July, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__