UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| JORGE NARANJO<br><br>    Plaintiffs,<br><br>- against –<br><br>BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, 25 BROADWAY OFFICE PROPERTIES, LLC, TRIBECA LANDING L.L.C., 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BFP ONE LIBERTY PLAZA CO., LLC, HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC., THAMES REALTY CO., NEW YORK UNIVERSITY, 63 WALL, INC., 63 WALL STREET INC., VERIZON NEW YORK, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, BROOKFIELD FINANCIAL PROPERTIES, LP, AND WFP TOWER A CO. L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT,<br><br>    Defendants. | DOCKET NO.<br><u>08 CIV 4277</u><br><br>AFFIDAVIT OF SERVICE |

   I, Soo Jeong, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

On July 31, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Tribeca Landing, LLC, by its designated agent, Rockrose Development Corporation, more specifically, Rowena Rajandran, Receptionist, at:

   Rockrose Development Corporation
   290 Park Avenue South
   New York, New York, 10010-5312

   _____
   Soo Jeong

Sworn to before me on this
3/ day of July, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09