***** AFFIDAVIT OF SERVICE *****   07/24/2008

SHERIFFS NUMBER: S08004671   DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE... Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA**
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 2218<br>CONTROL # 23686 | 28.00 |

**COURT DATA**   ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:      STATE: NY   COUNTY OF VENUE: Southern District
COURT DOCKET #: 08CIV4277   CAPTION OF CASE
NAME:   JORGE NARANJO
   VS   HILLMAN ENVIORMENTAL GROUP, LLC,

DEFENDANT OR NAMED WITHIN TO BE SERVED
NAME:   HILLMAN ENVIORMENTAL GROUP, LLC,
ADDRESS:   1600 ROUTE 22 EAST
   UNION, NJ 07083

**PAPERS SERVED**
SUMMONS, VERIFIED COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION, FIRST AMENDED COMPLAINT

**SERVICE DATA RECORDED**

[X] SERVED SUCCESSFULLY   [ ] UNABLE TO SERVE   NUMBER OF ATTEMPTS ____
DATE: 7/28/08  TIME: 1140
REMARKS: _____

[ ] PERSONALLY DELIVERED  [ ] OFFICER  [ ] MANAGING AGENT  [ ] REGISTERED AGENT
[ ] COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER  [X] AGENT AUTHORIZED TO ACCEPT
[ ] IS IN THE MILITARY  [ ] NOT IN THE MILITARY
PERSON SERVED: JESSE RIVERA - ADMINISTRATOR
(TITLE/RELATIONSHIP)

SEX:  [X] MALE  [ ] FEMALE
SKIN: [X] WHITE  [ ] BLACK  [ ] YELLOW  [ ] BROWN  [ ] RED
HEIGHT: [ ] UNDER 5 FT.  [ ] 5.0-5.6 FT.  [X] 5.7-6.0 FT.  [ ] OVER 6 FT.
WEIGHT: [ ] UNDER 100 LBS.  [ ] 100-150 LBS.  [X] 151-200 LBS.  [ ] OVER 200 LBS.
HAIR: [ ] BLACK  [ ] BROWN  [ ] BLOND  [ ] GRAY  [ ] RED  [ ] WHITE  [X] BALDING
AGE: [ ] 14-20  [X] 21-35  [ ] 36-50  [ ] 51-65  [ ] OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON   FRANCES DIDONATO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 3, 2009
SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY