UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

JORGE NARANJO

                              Plaintiffs,

- against –

BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, 25 BROADWAY OFFICE
PROPERTIES, LLC, TRIBECA LANDING L.L.C., 90 CHURCH
STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BFP
ONE LIBERTY PLAZA CO., LLC, HUDSON VIEW EAST
CONDOMINIUM, R Y MANAGEMENT CO., INC., THAMES
REALTY CO., NEW YORK UNIVERSITY, 63 WALL, INC., 63
WALL STREET INC., VERIZON NEW YORK, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC, BROOKFIELD FINANCIAL
PROPERTIES, LP, AND WFP TOWER A CO. L.P.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
d/b/a  BMS CAT,

                              Defendants.

**21 MC 102 (AKH)**

**DOCKET NO.
08 CIV 4277**

**AFFIDAVIT OF SERVICE**

I, Anna Gurevich, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Fair Lawn, New Jersey.

That on July 21st , 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Blackmon-Mooring -Steamatic Catastrophe, Inc. d/b/a BMSCAT,  by its designated agent, CT Corporation System, more specifically, Aixa Flores, process specialist, at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Anna Gurevich

Sworn to before me on this

21st day of July, 2008

CHARLES J MIRISOLA
NOTARY PUBLIC STATE OF NEW YORK
LIC # 02MI6177947
COMM. EXP. 11/19/2011
COMMISSION IN COUNTY OF NEW YORK