UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-------------------------------------------------------------------X
JORGE NARANJO

                    Plaintiffs,

-against-

BANKERS TRUST COMPANY, DEUTSCHE BANK, et al,

                    Defendants.

See Rider Attached.
-------------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

Docket No.: 08CIV4277

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

    Defendant, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:    New York, New York
             August 8, 2008

                                        Yours etc.,

                                        CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                        Attorneys for Defendants - HUDSON VIEW EAST
                                        CONDOMINIUM

                                        By: _____
                                             Vincent A. Nagler ( 6400 )
                                        One Whitehall Street
                                        New York, New York 10004
                                        (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:     OSHMAN & MIRISOLA, LLP
         David Kremen
         42 Broadway – 10th Floor
         New York, NY 10004

**08 CIV 4277**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

JORGE NARANJO

                Plaintiffs,

- against –

BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, 25 BROADWAY OFFICE PROPERTIES, LLC, TRIBECA LANDING L.L.C., 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BFP ONE LIBERTY PLAZA CO., LLC, HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC., THAMES REALTY CO., NEW YORK UNIVERSITY, 63 WALL, INC., 63 WALL STREET INC., VERIZON NEW YORK, INC., HILLMAN ENVIRONMENTAL GROUP, LLC, BROOKFIELD FINANCIAL PROPERTIES, LP, AND WFP TOWER A CO. L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT,

                Defendants.