Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   21 MC 102 (AKH)

JORGE NARANJO,                                                   Index No.: 08-CV-04277

                           Plaintiff(s),       **NOTICE OF ADOPTION OF ANSWER**
                                               **TO MASTER COMPLAINT**

  -against-
                                            **ELECTRONICALLY FILED**

BANKERS TRUST COMPANY, *et al.*

                           Defendant(s).
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-

captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      August 26, 2008

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendant
                          RY MANAGEMENT CO., INC., i/s/h/a RY
                          MANAGEMENT (hereinafter referred to as "RY"),

                          By: _____
                             Richard E. Leff (RL-2123)
                             80 Broad Street, 23rd Floor
                             New York, New York 10004
                             (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         Attn: David L. Kremen
         42 Broadway, 10th Floor
         New York, New York 10004
         (212) 233-2100

         All Defense Counsel