INDEX # 08CIV4277
DATE 5/6/08

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

United States District Court — Southern District of New York

Jorge Naranjo — Plaintiff

— against —

Bankers Trust Company, et al — Defendant

**State of New York**
**County of Albany** SS.:

_Stephen Stracher_, being duly sworn deposes and says that he is over the age of eighteen (18); that on the _6th_ day of _August_, 20_08_ at the office of the Secretary of State, of the State of New York in the City of Albany, he served the annexed _Summons in a Civil Action and First Amended Complaint by Adoption_ on _Thames Realty Corp._, the Defendant in this action, by delivering to and leaving with _Chad Matice_, a clerk in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _two_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _$40.00_ Dollars. That said service was pursuant to Section _306_ of the Business Corporation Law or Section _____ of the Vehicle and Traffic Law.

Deponent further says that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) | Other identifying features: |
|---|---|---|---|---|---|---|
| ☒ Male ☐ Female | ☐ Black ☒ White ☐ | ☐ Light ☒ Med. ☐ Dark | 28 | 6'1" | 180 lbs. | |

Sworn to me, this _6th_ day of _August_, 20_08_

_(signature)_
(Print Name Below Signature).
Stephen Stracher

_Hilary Teitel_

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20_09_