No. E 16 G  General Affidavit of Service

_United States District Court_    _Southern District of New York_

Jorge Naranjo                                                Plaintiff·

vs

Bankers Trust Company, et al                                 Defendant·

STATE OF NEW YORK
COUNTY OF Albany                          ss.:

_Stephen Stracher_ being duly sworn deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding. Deponent served a true copy of _Summons in a Civil Action and First Amended Complaint by adoption_ attached hereto in the above entitled proceeding, such service having been made in the following manner, stated herein, and said person being the proper and authorized person to be served in this proceeding, *(The name of said person, complete address, time, and date of service is as follows on line (A).)*

Line (A)   _Maureen Cogan - Agent for Service - Corporation Service Company - 80 State St. - Albany, NY - 12:20 pm - August 6, 2008 - For BFP One Liberty Plaza Co., LLC_

*1. by delivering to and leaving with personally , known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

2. by delivering to and leaving with personally                                                      on the M. at the premises mentioned above in line (A), such person knowing the person to be served and associated with him, and after conversing with him, deponent believes him to be a person of suitable age and descretion, and by mailing a copy of the proceeding herein to said authorized person to the address and at the time stated above in line (A) which is his last known address, enclosed in a postpaid sealed wrapper in an official depository of the United States Postal Service.

3. by delivering to and leaving with                                             , the agent for service on the person in this proceeding as designated under Rule 318 CPLR. Service having been made to such person at the place, time and date stated in line (A) above.

4. by affixing a true copy of the same to the door of the actual place of business, dwelling place or usual place of abode stated in line (A) above and by mailing a copy of the proceeding herein to said person to the address and on the date and time stated on line (A) above.

Service was made in the manner stated in this paragraph (4) because deponent was unable, with due diligence to find the proper or authorized person to be served or a person of suitable age and descretion at actual place of business, dwelling place or usual place of abode stated in line (A) above, having called there at the following times and dates:

5. by delivering to and leaving with the person named in line (A), at said address, upon information and belief the person served is an officer of the domestic corporation                                         named in this proceeding authorized to be served herein.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or of the United States as the term is defined in either the State or Federal Statutes.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) | Other identifying features: |
|---|---|---|---|---|---|---|
| ☐ Male ☒ Female | ☐ Black ☒ White ☐ | ☐ Light ☐ Med. ☒ Dark | 43 | 5'7" | 160 lbs. | |

Sworn to before me, this _6th_ day of _August_, 20_08_

_Hilary Teitel_
Notary Public – ~~Commissioner of Deeds~~

(Signature)
(Print Name Below Signature)
_Stephen Stracher_

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20_09_

*Five means of service listed — complete applicable paragraph.