UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X        21 MC 102 (AKH)
JORGE NARANJO,

                         Docket No.: <u>08 CIV 4277</u>

               Petitioner,

                       **AFFIDAVIT OF**
                       **PERSONAL SERVICE**

             -against-

BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, 25 BROADWAY OFFICE PROPERTIES,
LLC, TRIBECA LANDING L.L.C., 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC., BFP ONE
LIBERTY PLAZA CO., LLC, HUDSON VIEW EAST
CONDOMINIUM, R Y MANAGEMENT CO., INC.,
THAMES REALTY CO., NEW YORK UNIVERSITY, 63 WALL,
INC., 63 WALL STREET INC., VERIZON NEW YORK, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC, BROOKFIELD
FINANCIAL PROPERTIES, LP, AND WFP TOWER A CO.
L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT,

               Respondents.
------------------------------------------------------------X

      JORGE ANZOLA, being duly sworn, deposes and says:

      I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

      That on the 6th day of August, 2008, at approximately 10:00 a.m. at 25 West 4th Street, New York, New York 10012, deponent served the within copy of the Summons in a Civil Action upon Defendant New York University by delivering thereat a true copy of same to Karen Julian, Coordinator, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female, white, white skin, Brown hair, approx. 40-45, height approx. 5'7"**

                                                _____
                                                JORGE ANZOLA

Sworn to before me this
6th day of August, 2008

_____
    Notary public

David L. Kremen
Notary Public, State of New York
No. 02KR4997921
Qualified in New York County
Commission Expires 7-28-10